IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      )
                               )
        v.                     )  Criminal Nos. 11-51
                               )       and 11-52
CHARLES F. MURRAY,             )
        Defendant.             )

## ORDER OF COURT

AND NOW, this 22nd day of July, 2011, IT IS HEREBY
ORDERED that the Memorandum Opinion, dated July 11, 2011,
granting the Petitions on Supervised Release [documents #2 at
Criminal Nos. 11-51 and 11-52] and Supplemental Petitions on
Supervised Release [documents #7 at Criminal Nos. 11-51 and 11-
52], is amended to include the granting of the Second
Supplemental Petitions on Supervised Release [documents #13 at
Criminal Nos. 11-51 and 11-52]. In all other aspects, the
Court's memorandum opinion shall remain in full force and effect.

BY THE COURT:

_____,C.J.
Gary L. Lancaster,
Chief United States District Judge

cc:   All Counsel of Record